# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Abayomi Adedeji

                      Plaintiff,

v.                                         Case No.: 1:09−cv−04785

                                                Honorable Arlander Keys

Tom Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2012:

      MINUTE entry before Honorable Arlander Keys: On September 28, 2012, Plaintiff was granted additional time to respond to the Court's July 13, 2012, order to show cause as to why this case should not be dismissed because Plaintiff comes within the definition of the class in John Smentak v. Sheriff of Cook County, Case No. 09 C 0529 (N.D.Ill) (Lefkow, J.) Plaintiff has now responded, stating that he wishes to join in the class. No joinder is necessary, however, the Court construes Plaintiff&#039;s memorandum as a motion for dismissal pursuant to Fed. R. Civ. P. 41(a), as he specifically states that he has opted not to continue to sue as an individual. see Plaintiffs memorandum, p. 5. Plaintiff should contact counsel for the class in Smentak, Kenneth N. Flaxman, P.C., 200 South Michigan Avenue, Suite 1240, Chicago, IL 60604−6107, for information pertaining to that case. This case is dismissed and terminated on the Court's docket. Civil case terminated. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.